A92A2374. ADCOCK v. THE STATE.
(447 SE2d 346)

Andrews, Judge.

Our judgment in this case at 208 Ga. App. 346 (430 SE2d 606) (1993) has been reversed by the Supreme Court on certiorari. *Adcock v. State*, 263 Ga. 759 (438 SE2d 910) (1994). Accordingly, our judgment is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Pope, C. J., McMurray, P. J., Birdsong, P. J., Beasley, P. J., Johnson, Blackburn, Smith, JJ., and Senior Appellate Judge Harold R. Banke concur.*

Decided July 14, 1994.

*Lanser, Levinson & Paul, Christopher G. Paul*, for appellant.

*Darrell E. Wilson, District Attorney, Brett W. Ladd, Assistant District Attorney*, for appellee.